IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
FILED IN OFFICE
3:28  p.m.
February 7, 2025
Deputy Clerk

DUBLIN DIVISION

| | |
|---|---|
| JERRY WAYNE SPENCER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      CV 324-046 |
| | ) |
| WHEELER CORRECTIONAL FACILITY | ) |
| MEDICAL STAFF; HEAD DIRECTOR; | ) |
| YVONNE NEAU, Medical Head Doctor; | ) |
| HEATHER KERSEY, Warden-Care and | ) |
| Treatment; AMY WILLIAMS, Medical Staff; | ) |
| SHAWN GILLIS, Warden Housing; | ) |
| WHEELER CORRECTIONAL FACILITY; | ) |
| and NURSING STAFF, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Wheeler Correctional Facility, Wheeler Correctional Facility Medical Staff, Nursing Staff, and Head Director, and all claims against them. The Court also **GRANTS** Defendants Neau, Kersey, Williams, and Gillis's motion to dismiss as to all claims against the moving Defendants. (Doc. no. 11.) The Court further **DISMISSES** any potential state law claims without prejudice. Accordingly, the Court **DISMISSES** this case without

prejudice, **DIRECTS** the Clerk to enter an appropriate judgment of dismissal, and **CLOSES** this civil action.

SO ORDERED this _____ day of February, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE